3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 24-06288-MEMF (AS) | Date | December 4, 2024 |
|---|---|---|---|
| Title | *John Michael Christopher Farkas v. United States Government, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**  **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On October 17, 2024, the Court issued an Order dismissing the Complaint with leave to amend, setting forth the deficiencies in the Complaint and directing Plaintiff to file a First Amended Complaint if he wished to pursue this case. (Dkt. No. 12). Plaintiff was ordered to file a First Amended Complaint "no later than 30 days from the date of [the Court's] Order." (Id. at 17). Since the Order was issued on October 17, 2024, Plaintiff was required to file a First Amended Complaint no later than November 18, 2024. Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. Id., at 18.

To date, Plaintiff has failed to file a First Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than January 3, 2025,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the October 17, 2024 Order dismissing Plaintiff's Complaint with leave to amend (Dkt. No. 12), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-06288-MEMF (AS) | Date | December 4, 2024 |
|---|---|---|---|
| Title | *John Michael Christopher Farkas v. United States Government, et. al.,* | | |

    <u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:    Mame Ewusi-Mensah Frimpong
       United States District Judge

                                                  0    :    00

                Initials of Preparer