UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 24-06288-MEMF (AS) | Date | January 31, 2025 |
|---|---|---|---|
| Title | *John Michael Christopher Farkas v. United States Government, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On October 17, 2024, the Court issued an Order dismissing the Complaint with leave to amend, setting forth the deficiencies in the Complaint and directing Plaintiff to file a First Amended Complaint if he wished to pursue this case. (Dkt. No. 12). Plaintiff was ordered to file a First Amended Complaint "no later than 30 days from the date of [the Court's] Order." (Id. at 17). Since the Order was issued on October 17, 2024, Plaintiff was required to file a First Amended Complaint no later than November 18, 2024. Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. Id., at 18.

On December 4, 2024, the Court issued an Order to Show Cause why this case should not be dismissed with prejudice for failure to prosecute, noting that Plaintiff had failed to file a First Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. (Dkt. No. 14). Plaintiff was required to respond to the Order to Show Cause, in writing, no later than January 3, 2025. Id.

To date, Plaintiff has failed to respond to the Court's orders or file a First Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than February 21, 2025,** why this action should not be dismissed, for failure to comply with Court orders. This Order will be discharged upon the filing of a First Amended Complaint that complies with the October 17, 2024 Order dismissing Plaintiff's Complaint with leave to amend (Dkt. No. 12), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-06288-MEMF (AS) | Date | January 31, 2025 |
|---|---|---|---|
| Title | *John Michael Christopher Farkas v. United States Government, et. al.,* | | |

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is – once again - warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:   Mame Ewusi-Mensah Frimpong
      United States District Judge

0 : 00

Initials of Preparer