UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHN MICHAEL CHRISTOPHER FARKAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT, TOWER OFFICER SANCHEZ, FLOOR OFFICERS, AND MEDICAL TECNICIAN JONES,<br><br>Defendants. | CASE NO. CV 24-06288-MEMF(AS)<br><br>**ORDER ACCCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered DISMISSING this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: August 27, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE