JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHN MICHAEL CHRISTOPHER FARKAS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT, TOWER OFFICER SANCHEZ, FLOOR OFFICERS, AND MEDICAL TECNICIAN JONES,<br><br>    Defendants. | CASE NO. CV 24-06288-MEMF(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: August 27, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE